IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LUAL MARKO DENG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-061-D |
| | § | |
| JAMES ROBERT PARKER, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF RE-REFERANCE

Treating plaintiff's May 8, 2018 letter to the United States Magistrate Judge as a motion for leave to amend his complaint, the court grants the motion and re-refers this case to the magistrate judge. Plaintiff must file his amended complaint no later than July 12, 2018. The court is granting plaintiff leave to replead rather than dismissing this action without prejudice because plaintiff maintains that he filed the lawsuit only ten days before the statute of limitations expired. A dismissal without prejudice under these circumstances would in effect be a dismissal with prejudice, which the court should not enter until plaintiff, a *pro se* litigant, has had at least one fair opportunity to plead his best case.

**SO ORDERED**.

June 12, 2018.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE