AFFP   Case 2:18-cv-00061-D-BR   Document 16   Filed 10/04/18   Page 1 of 1   PageID 269

Cause No. 2:18-CV-00061-D-BR T

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 4 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy**

# Affidavit of Publication

STATE OF TEXAS }           SS
COUNTY OF POTTER }

Cause No. 2:18-CV-00061-D-BR
This is a notice of pendency for malpractice and defamation proceeding at the Northern District of Texas Courthouse to Annissiya Brashears by Lual Deng. Any information of Annissiya Brashears contact would be appreciated. Person of contact would be Lual Deng; Phone: 806-672-7702 or email: lualdeng50@yahoo.com

Cameron Bonds, being duly sworn, says:

That he is Legal Clerk of the Amarillo Globe-News, a daily newspaper of general circulation, printed and published in Amarillo, Potter County, Texas; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:

September 25, 2018, September 26, 2018, September 27, 2018, September 28, 2018, September 29, 2018, September 30, 2018, October 01, 2018, October 02, 2018, October 03, 2018, October 04, 2018

**Legal Notices**

Cause No. 2:18-CV-00061-D-BR
This is a notice of pendency for malpractice and defamation proceeding at the Northern District of Texas Courthouse to Annissiya Brashears by Lual Deng. Any information of Annissiya Brashears contact would be appreciated. Person of contact would be Lual Deng; Phone: 806-672-7702 or email: lualdeng50@yahoo.com

That said newspaper was regularly issued and circulated on those dates.
SIGNED:
_____
Legal Clerk

Subscribed to and sworn to me this 4th day of October 2018.

_____
Cynthia Perez Ledesma, Notary Public, Potter County, Texas
My commission expires: October 17, 2020


CYNTHIA PEREZ LEDESMA
Notary Public, State of Texas
Comm. Expires 10-17-2020
Notary ID 130864117

00005734  16027854

LUAL DENG
3005 BRITAIN SW 27TH #10
AMARILLO, TX 79109