

Cause No. 2-18-CV-00061-D-BR

MARKO LUAL DENG

IN TNE UNITED STATES
DISTRICT COURT
NORTHERNWESTERN DIVISION
OF TEXAS

Plaintiff

vs

TO

MERCEDES MILLER, CALICO COUNTY RESTAURANT, PANHANDLE
SURGICAL HOSPITAL & PARKER SPORTS MEDICAL & ORTHOPIDECS

Defendant

## AFFIDAVIT OF SERVICE

Before me, the undersigned authority, on this day personally appeared **Rick McClain #2802,** owner of: **McClain's Civil Process Service, P.O. Box 19831 Amarillo, Texas 79114, Phone #806-898-3111;** who is certified by the Supreme Court of Texas and after being duly sworn under oath that the following facts are true and correct:

*I am over the age of eighteen years and I am fully competent to testify to matters stated in this affidavit.
*I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.
*I am not interested in the outcome of this lawsuit or a party of the suit.
*I have never been convicted of a felony or a misdemeanor involving moral turpitude.
*I am familiar with the Texas Rules of Court, Vernon's Civil Statutes, and the Texas Rules of Civil Procedure regarding service of process.

Came to hand on the 10th day of September 2018 at 7:00 o'clock PM, and executed in Randall County, Texas, at 4:20 o'clock PM on the 14th day of September 2018 by delivering to the within name:

Panhandle Sports Medical Orthopedics, 7100 SW 9th Ave. Amarillo, Texas with what appears to be a Summons and Petition. Documents were left with The Office Manager, Authorized Person.

**Service provided on behalf of:**

_MARKO LUAL DENG_

*Rick McClain*
Rick McClain  #2802  Exp. 06/30/19
McClain's Civil Process Service

Before me, a notary public, on this day personally appeared <u>Rick McClain</u> known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct. Given under my hand and seal of office this _17_ day of _SEPT_, 2018.

_Cheryl Waldrop_
Notary Public

CHERYL WALDROP
Notary Public, State of Texas
My Commission Expires
August 18, 2019