IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LUAL MARKO DENG, | § | |
| Plaintiff, | § | |
| v. | § | 2:18-CV-061-D |
| JAMES ROBERT PARKER, et al., | § | |
| Defendants. | § | |

### ORDER

Following *de novo* review of the October 22, 2018 findings, conclusions and recommendation of the magistrate judge, the court concludes the magistrate judge's findings and conclusions are correct. It is therefore ordered that the recommendation of the magistrate judge is adopted, and this action is dismissed with prejudice as frivolous.

Plaintiff's October 22, 2018 request for oral hearing is denied.

**SO ORDERED**.

November 29, 2018.

SIDNEY A. FITZWATER
SENIOR JUDGE