IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LUAL MARKO DENG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-061-D |
| | § | |
| JAMES ROBERT PARKER, et al., | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

The court has entered its order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge in this case. Accordingly, this action is dismissed with prejudice as frivolous.

Done at Amarillo, Texas November 29, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE